3:22cv357-TJC-MCR

1) You people have failed to provide the plaintiffs with a fair trial by fabricating evidence and withholding exculpatory evidence.
2) Conspired to falsely arrest and maliciously prosecute the plaintiffs.
3) engaged in deceitful conduct.
4) intentionally inflicted emotional distress.
5) acted negligently in prosecuting the plaintiffs.
6) initiated and maintained a malicious prosecution.

These gay-ass commercials and shows. 2 fags holding hands, kissi[ng]
   when you don't have money to defend yourself, you are at the mercy of the Courts. Once in the system, it's almost impossible to get out, even if you are innocent.
   You idiots allowing this homosexual stuff to air on T.V.
   ... the man was not only set free after many years, but he was innocent. DNA proved it. However, you could see the sickness in his eyes from all the years of being tormented and abused.
   The USA will pay severely for all this wrongdoing.
   He carried emotional and psychological scars from his ordeal. (Most this from true story - John Grisham's 'Innocent Man')
   Keep showing Gays, Faggots, and see what will happen.
   God help us, if ever in this great country we turn our heads while people who have not had fair trials are executed. That almost happened in Ron's case.
   wrongful convictions occur every month in every state ... (every day)
bad police work - junk science - faulty eyewitness - lazy, corrupt arrogant prosecut[ors]

Still waiting for someone to send me addresses for F.B.I. — INTERNAL AFFAIRS — and whoever else may can save me from these corrupt BASTARDS

Pl, Pl, Pleeasse!

HELP!